AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN D. BLACK, )<br>     Plaintiff, )<br>)<br>v. )<br>                                     )<br>STATE OF NEW JERSEY, LOUIS PROPERTIES, )<br>LLC, HOMEDEPORE, NJ, )<br>     Defendants, ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:10-CV-48-F** |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that Home Depot Inc.'s Motion to Dismiss is ALLOWED, and this action is DISMISSED. The Clerk of Court is DIRECTED to close this case.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 24, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

John D. Black (216 Scotland Avenue, Raeford, NC 28376)
Charles E. Raynal, IV (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| June 24, 2010<br>Date | DENNIS P. IAVARONE<br>Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |