UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CV-48-F

| | | |
|---|---|---|
| JOHN D. BLACK, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| NEW JERSEY STATE *et. al*, | ) | |
| Defendants. | ) | |

This matter is before the court on the "Certified Request" filed by the *pro se* Plaintiff to allow the above-captioned case "to be instated [sic] and tried or deter-man [sic] according to law with punitive damages amended by the court . . . ." *See* Certified Request [DE-20]. The court interprets the "Certified Request" to be a motion to reconsider its June 24, 2010 Order [DE-18] allowing Defendant Home Depot's Motion to Dismiss and dismissing the entire action. The court has thoroughly reviewed the record, and is confident its June 24, 2010, ruling was in accordance with the law.

Accordingly, Plaintiff's "Certified Request"[DE-20] is DENIED.

SO ORDERED. This the 20th day of January, 2011.

James C. Fox
Senior United States District Judge